(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

## Western District of New York

|  |  |
|---|---|
| **Daniel J. Saracina, Alissa B. Evans** | ) Case No. __24 - CV- 1096__ |
| _Plaintiff(s)_ | ) _(to be filled in by the Clerk's Office)_ |
| _(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_ | ) |
|  | ) **Ammended** |
| -v- | ) |
| **See attached** | ) **JURY TRIAL:** Yes___ No___ |
| _Defendant(s)_ | ) |
| _(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)_ | ) |

UNITED STATES DISTRICT COURT
FILED
DEC 0 3 2024
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Defendants

1. Matthew Albanese
2. Robert Myers
3. Anthony Pellittieri
4. Patrick McCarthy
5. William Granville
6. Richard Lee
7. Daniel Klemp
8. Detective Lundberg
9. Danielle Gang
10. T. Eberle
11. John C. Garcia
12. William T. Cooley
13. Michael Phillips
14. Philip Kuppel
15. Sandra Amoia
16. William Whalen
17. Jeremy Lehning
18. Christine Green
19. Daniel Albiani-Gross
20. Kordziela
21. Raymond Kuhn
22. John Doe 1
23. John Doe 2
24. John Doe 3
25. John Doe 4
26. Jane Doe 1
27. Jane Doe 2
28. Jane Doe 3

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _Daniel J Saracina_        _Alissa B Evans_
_6297 Boston State Rd_
All other names by which        _Hamburg NY 14075_
you have been known:  _____
ID Number              _80847_
Current Institution    _Erie County Holding Center_
Address                _6297 Boston State Rd._
                       _Hamburg_        _NY_        _14075_
                         City           State       Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name                      _Matthew Albanese_
Job or Title *(if known)* _____
Shield Number             _S-291_
Employer                  _Erie County Sheriffs Office_
Address                   _____
                          _____
                            City           State       Zip Code
                          ☒ Individual capacity   ☒ Official capacity

Defendant No. 2
Name                      _Robert Myers_
Job or Title *(if known)* _____
Shield Number             _399_
Employer                  _Erie County Sheriffs office_
Address                   _____
                          _____
                            City           State       Zip Code
                          ☒ Individual capacity   ☒ Official capacity

Defendant No. 3
    Name               Anthony Pellittieri
    Job or Title *(if known)*
    Shield Number        364
    Employer           Erie County Sheriffs office
    Address

| *City* | *State* | *Zip Code* |

[X] Individual capacity   [X] Official capacity

Defendant No. 4
    Name               Patrick McCarthy
    Job or Title *(if known)*
    Shield Number        405
    Employer           Erie County Sheriffs office
    Address

| *City* | *State* | *Zip Code* |

[X] Individual capacity   [X] Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    [ ] Federal officials (a *Bivens* claim)

    [X] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Plaintiff(s) Bring this suit against Defendant Erie County ("The County") for events arising out of Erie County Sheriffs Deputies, alleging a violation of Plaintiff(s) equal protection rights (count I) and a violation of Plaintiff(s) due process rights (count II) malicious Prosecution (count III)     see attached.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant no. 5

name: William Granville
job/title:
shield number:
Employer: Erie County Sheriffs office
☒ individual capacity    ☒ official capacity

Defendant no. 6

name: Richard Lee
job/title: Detective
shield number: D-71
employer: Erie County Sheriffs office
☒ individual capacity    ☒ official capacity

Defendant no.7
name: Daniel Klemp
job/title: Deputy
shield number: 269
employer: Erie County Sheriffs office
☒ individual capacity    ☒ official capacity

Defendant no.8
name: Lundberg
job title: Detective
shield number: D-88
employer: Erie County Sheriffs office
☐ individual capacity    ☒ official capacity

Defendant No 9

name : Gang , Danielle

job or title :

shield number :

employer : Erie county Sheriffs Office
☒ Individual capacity  ☒ Official capacity

Defendant No 10

name : Eberle , T

job or title :

shield number :

employer : Erie county Sheriffs Office
☐ Individual capacity  ☒ Official capacity

Defendant No 11

name    John C. Garcia

job or title    Sheriff

Shield number

employer    Erie County Sheriffs Office
☐ Individual capacity  ☒ Official capacity

Defendant No 12

name    William J. Codey

job or title    Undersheriff

shield number

employer    Erie County Sheriffs Office
☐ Individual capacity  ☒ Official capacity

Defendant no 13

name    Michael Phillips

job or title

shield number

employer    Erie County Sheriffs office
☐ Individual capacity    ☒ Official capacity

Defendant no 14

name    Philip Kuppel

job or title

shield number

employer    Erie County Sheriffs Office
☐ Individual capacity    ☒ Official capacity

Defendant no 15

name    Sandra Amoia

job or title

shield number

employer    Erie County Sheriffs office
☐ Individual capacity    ☒ Official capacity

Defendant no 16

name    William Whalen

job or title

shield number

employer    Erie County sheriffs office
☐ Individual capacity    ☒ Official capacity

Defendant no 17

name   Jeremy Lehning

job or title

shield number

employer      Erie County Sheriffs office
              ☐ Individual capacity   ☒ official capacity

Defendant   no 18

name     Christine Green

job or title

shield number

employer      Erie county Sheriffs office
              ☐ Individual capacity   ☒ official capacity

Defendant no 19

name   Daniel Albiani - Gross

job or title

shield number

employer      Erie County sheriffs office
              ☐ Individual capacity   ☒ official capacity

Defendant no 20

name     Korodziela

job or title

shield number

employer      Erie County Sheriffs Office
              ☐ Individual capacity   ☒ Official capacity

Defendant no 21

name    Raymond Kuhn

job or title

shield number 360

employer    Erie County Sheriffs office
☐ Individual capacity    ☒ Official capacity

Defendant no 22

name    John Doe 1

job or title

shield number

employer    Erie County Sheriffs office
☐ Individual capacity    ☒ Official capacity

Defendant no 23

name    John Doe 2

job or title

shield number

employer    Erie County Sheriffs office
☐ Individual capacity    ☒ Official capacity

Defendant no 24

name    John Doe 3

job or title

shield number

employer    Erie County Sheriffs office
☐ Individual capacity    ☒ Official capacity

Defendant no 25
name    John Doe 4
job or title
shield number
employer    Erie County sheriffs Office
☐ Individual capacity    ☒ Official capacity

Defendant no 26
name    Jane Doe 1
job or title
shield number
employer    Erie County Sheriffs office
☐ Individual capacity    ☒ Official capacity

Defendant no 27
name    Jane Doe 2
job or title
shield number
employer    Erie County Sheriffs office
☐ Individual capacity    ☒ Official capacity

Defendant no 28
name    Jane Doe 3
job or title
shield number    Erie County Sheriffs office
☐ Individual capacity    ☒ Official capacity

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**D.**    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Defendants acted "under color, statute, ordinance, regulation, custom and usage by not bringing Plaintiff Saracina to court, giving away inventory, evidence to "Towne Chevrolet", not allowing Saracina lawyer visit/contact at any point at ECMC, for almost 60 days. Defendants charged Plaintiff Saracina with gun/firearms possession and never found a gun

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [X] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**A.**    If the events giving rise to your claim arose outside an institution, describe where and when they arose.
- April 2023 - 4340 South Park Ave Blasdell NY 14219 (Fake gun charge)
- 2/15/24 Transit Rd Clarence NY (Fake drugs/car parts charge)
- April 2024 ECMC "lockup"

**B.**    If the events giving rise to your claim arose in an institution, describe where and when they arose.
April 2024 ECMC "lockup" 9th floor where Erie County Sheriff officers lock over "lockup" Inmates

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**C.**    What date and approximate time did the events giving rise to your claim(s) occur?

April 2023, February 15, 2024 , March 2024 - ongoing

**D.**    What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

See attached

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Compensatory damages: loss of items in truck, loss of pistol permit and guns, loss of teaching license, lawyer fees, loss of work, Punative damages - humilliation, defamation of character, nominal damages - emotional damages $200,000 each

I ssue a temporary Injunction to stop the Erie county Sheriffs office from maliciously harming and prosecuting us.

# II. Basis for Jurisdictions

D. Defendant(s) acted "under color, statute, ordinance, regulation, custom and usage by not transporting Plaintiff Saracina to court from ECMC "lockup" to Buffalo city court for Arraignment for (9) Days

- Defendant(s) gave away Inventory evidence to ("Towne Chevrolet") before Plaintiff(s) Saracina and Evans Arraignment.

- Defendants charged Plaintiffs Saracina and Evans with Criminal Possession of stolen Property 4th A class (E) Felony at what Defendant(s) did by written instrument, to knowing make a false statement. Punishable under the laws of state of New York.

- Defendant(s) did not allow Plaintiff Saracina to have contact/visit with Attorney at any point at ECMC "Lockup" 9th floor

- Defendant(s) charged Plaintiff Saracina with firearms possession and Defendant(s) never found a firearm

IV. Statement of claim (D)

· Defendants M. Albanese, B. Myers, Pellittieri and P. McCarthy charged Plaintiff(s) Evans and Saracina with criminal possession of stolen property, a class (E) felony and did so by means of false Instruments and Know false written statement. Defendants) also charged Plaintiff Saracina with drug possession and the drugs and drug charges are gone as in missing, not found even in evidence

Deputy William Granville and  Sgt. Matthew Albanese of the Erie County Sheriff's office opened a "ALL OUT MAN HUNT" for Plaintiff Saracina after a unjustified charge into A investigation of drugs and car parts. Drugs that came up missing after the Sgt. Albanese placed in evidence. On 2/15/24 when SGT. Albanese lost the drugs he ordered officers to charge Plaintiffs SARACINA and EVANS Grand Larceny 3rd of auto parts that can be seen in "RADIO ACTIVITY" Albanese ordering other officers to turn the charge into a felony complaint. Under the penalty of perjury Albanses and other officers "That the EXECUTIONS had achieved their desired effect" Create A DANGEROUS "MAN HUNT"For SARACINA. The final amount/percentage of car parts was changed by Albanese and officers to make the charge A FELONY COMPLAINT. After using the process of our courts and services of the D.A.'s Office.

1

the Sheriff's officer's then Gave
away evidence A vehicle and the
Contents (Plaintiff's Personal Property)
that were impounded in furtherance of
A investigation to "Towne Chevrolet"
        For over A Full Year Sgt. Albanese,
Deputy William Granville, and officer's of
the Erie County Sheriff's office have
made Plaintiff's Saracina and Eavans
along with Plaintiff's immediate family
the Sheriff's "HONOR AND OFFICIAL DUTY"
to put Plaintiff's Civil rights in clean
violation of the Goverments Policy's and
Customs.
        Spring of 2023 when Plaintiff
Alissa B. Evans (Plaintiff Saracina Girlfried)
Was Placed on Disciplinary leave from
the Erie County Sheriff's Office at the
time Plaintiff (Evan was a Employee) was
the Same Date and time Plaintiff
Saracina was pulled over by Defendant's
Granville and Other officers as part of
Ground Surveillance of 4340 South Park
Ave Blasdell, N.Y 14219 and without
merit to A arrest warrant of allegations
and assuming Plaintiff Saracina was
in Possession of Plaintiff Evans
                    (2)

"HAND GUNS" Firearm.

Plaintiff Saracina was Booked at the Erie County Holding Center without Bail/ Bond to A Firearm Charge. Defendant's Granville and (2) Two other officer never found A Firearm.

Plaintiff Saracina was apprehended at 4340 South Park and is Plaintiff Saracina Occupation line of work place and Brother/Commercial Business. The enterprise is in Plaintiff Saracina's Brother name (GrassHopperz) in front of numerous people in the Public and Committed to jail on a ridiculous allegation. There was No legally Sufficient evidence to Support Plaintiff Saracina restraint or violating Arrest of Plaintiff other than Plaintiff Evans was just Placed on leave that Day and Defendant's Granville and (2) Two other officer's wanted to force immediate discrimination and clearly establishing A favorable use of misconduct with A explanation due to Plaintiff Evans Disciplinary leave from the Erie County Sheriff's office.

In March of 2024 Plaintiff Saracina was Charged with a Crime

( 3 )

that alleged Saracina to have attempted
to "RUN DOWN" Defendant's Granville
and Albanese at a "TRAFFIC STOP"
in the City of Buffalo, Granville and
Albanese Suspected Plaintiff Saracina was
the Driver of A Black Dodge Charger with
Black windows. (3) Three weeks after
this alleged "TRAFFIC STOP" Plaintiff
Saracina was found in A house in the
City of Buffalo by Defendant's Granville
and other officer's Seeking medical care
do to A Heart Condition and in Serious
immediate medical need and not Breathing.
         Plaintiff Saracina was Placed
in the Hospital / E.C.M.C. 9th Floor
lock up and watched over By the Erie
County Sheriff's Deputy's for approximately
60 days. At E.C.M.C. the Erie County
Sheriff officers Deprived Plaintiff Saracina
of right to CounSel and private attorney
Consultation at numerous times. Officer's
turned off power to the Phone
for 3 weeks and Said "It is BROKEN".
         Attorney Benjamin F. Macaluso
Argued to have A Private Attorney /
Counsel visit when Plaintiff Saracina
was in the Hospital bed and
                    (4)

the Sheriff's officers said "WE ARE NOT LEAVING THE ROOM". Violating Plaintiff's Constitutional Rights and Due Process Rights.

Plaintiff Saracina also was in A Hospital Bed for 13 Days NOT Seeing A Judge on any charges. After 24 hours of A Defendant in A Hospital and "awake" the court room is to take place at the Hospital if Defendant can't be transported medical problem. Again Violating Plaintiff Saracina's Due Process Rights.

Defendant William Granville has called Plaintiff Saracina and Evans Counsel Timothy D. Gallagher, Esq. Attorney at Law ON Mr. Gallagher's Personal Cell Phone to "FACE OR CONFRONT" Mr. Gallagher on Specific arguments that Plaintiff Saracina and Counsel Timothy Gallagher spoke About on Attorney / Counsel Phone Call From the Erie County Holding Center to Mr. Gallagher's Phone. A Phone that is Privileged Correspondence and Telephone Communications between prisoners and their legal Counsel that Shall Not be monitored or recorded. Timothy

(5)

Gallagher made it clear to Plaintiff's Saracina and Evans that Defendant William Granville ordered Timothy Gallagher to E-Mail Defendant Granville Specific Material that Attorney Privileged Correspondence was spoke about over A "Private Consultation" or So we thought was Private and that Defendant Granville's Misconduct was Specious and not Proper Procedure and Among other Should be deemed Concering to the Courts.

On October 30th 2024 Plaintiff Saracina was again charged By the Erie County Sheriff's office with Some more "OVER THE TOP" ridiculous allegations. Plaintiff SARACINA unlawfully and forcible instructed A Child [Name N/A Due to AGE] to Not attend A or Cooperate with A Forensic RAPE investigation. A Allegation that Should be on A recorded Phone Call If was True.

To date No Phone call has been turned over to Plaintiff Saracina. The Erie County Sheriff's office has

( 6 )

turned A Hostile environment for the Public and Plaintiff's SARACINA and EVANS. It is obvious that the County of Erie is being used as the "WILD WILD WEST" by A few "BAD APPLES" in the SHERIFF's office and the Few "BAD APPLES" are Poisoning the "WHOLE TREE".

Now the Erie County D.A.'s office is Clearly in denial or turning A Head to this misconduct. Plaintiff's SARACINA and EVANS are asking the Court to order Injunctive Relief "equitable relief" or "TRO" Towards Defendants So Plaintiff's are not without Constitutional Rights, Equal Protection Clause, Due Process and Defendats CAN NOT "SHAKE DOWN" Plaintiff's ATTORNEY's or FAMILY.

Plaintiff's are also asking the Courts to grant Relief in Compensatory Damages/actual damages, Punitive, and Nominal Damages. Defendants acted with "EVIL MOTIVE AND INTENT" and "RECKLESS OR CALLOUS INDIFFERENCE" to Plaintiff's to Federal Rights. Compensatory damages at $200,000 each; Punative Damages at $200,000 each in Individual and Official capacity and Nominal damages at $200,000 each

(7)

# Exhibit Table

A.2 Erie County Sheriff's office (Chat Log) Albanese Sgt. Ordering Officers to "MAKE" A Grand larceny charge. (FELONY COMPLAINT)

A.2-4 (CHAT LOGS)

A.3 Shows GANGD and Albanese "LOL and LMAO" about calling "CPS Drug LAB" on missing Drugs.

B.1 Shows Sgt. Albanese changing the amount/ Invoice SALE Charge $123.00 and X that By 10%.

C.1 Shows Sgt. Albanese Contacted Lauren NASH of the D.A's office and was cleared To give SARACINA and EVANS Evidence/ Plaintiff's Contents and vehicle to Mark from "TOWNE CHEVROLET"

D.1 EVANS and SARACINA "Clean License"

E.1 Shows SARACINA Charged with Drugs and The vehicle and Contents were Impounded and missing

Exhibit Table

F.1  Shows Sheriff's officer/Deputy Could Served Saracina with A order of Protection at E.C.M.C. 9th Floor Lock up and NOT Bring SARACINA to CITY COURT for FELONY HEARING



## Chat Log :    Erie County Sheriff's Office (ECS)

Complaint: ECS 24-013412    Received Timestamp on Complaint:    02/15/2024 02:20:31

| Agency | Username | Group ID | Timestamp | Message |
|--------|----------|----------|-----------|---------|
| CTO | BENTLEY | 0 | 2/15/2024 4:49:04 AM | Emergency message sent with no text. ** Message Sent By Automatic Timer ** |
| ECS | EBERLET | 0 | 2/15/2024 4:49:34 AM | everything ok? |
| DEP | SCHAEFER | 0 | 2/15/2024 4:49:40 AM | you ok Steve? |
| CTO | BENTLEY | 0 | 2/15/2024 4:49:54 AM | all good |
| DEP | SCHAEFER | 0 | 2/15/2024 4:50:05 AM | 16 |
| ECS | KONDZIELA | 17 | 2/15/2024 2:30:37 AM | 5 cars clear |
| ECS | MYERSR | 17 | 2/15/2024 2:35:19 AM | 3w out with the 2 cars |
| ECS | LEDERHOU | 17 | 2/15/2024 2:35:31 AM | copy |
| EVN | HASSANR | 6231368 | /15/2024 3:09:30 AM | have rt 39? |
| EVN | HASSANR | 6231368 | 2/15/2024 3:22:38 AM | 6231368|SYSTEM|DS2-HASSANR has left the chat group. |
| ECS | MYERSR | 6231625 | 2/15/2024 3:59:04 AM | 6231625|SYSTEM|83-MYERSR has left the chat group. |
| ECS | LEDERHOU | 6231702 | 2/15/2024 3:45:21 AM | I have seneca |
| EVN | HASSANR | 6231702 | 2/15/2024 3:45:43 AM | thx |
| ECS | LEDERHOU | 6231702 | 2/15/2024 3:45:52 AM | cant beleive you closed out on me |
| EVN | HASSANR | 6231702 | 2/15/2024 3:46:02 AM | you did it the other day first!! |
| ECS | LEDERHOU | 6231702 | 2/15/2024 3:46:28 AM | Only cause my computer froze up and i had to reset it |
| EVN | HASSANR | 6231702 | 2/15/2024 3:47:13 AM | suree |
| ECS | LEDERHOU | 6231702 | 2/15/2024 3:47:21 AM | lol |
| EVN | HASSANR | 6231702 | 2/15/2024 3:47:44 AM | sen 883 responding |
| ECS | LEDERHOU | 6231702 | 2/15/2024 3:53:12 AM | Ty |
| EVN | HASSANR | 6231702 | 2/15/2024 4:41:31 AM | 6231702|SYSTEM|DS2-HASSANR has left the chat group. |
| ECS | LEDERHOU | 6231703 | 2/15/2024 5:16:42 AM | That was a quick visit with Bettty |
| ECS | DEWOLFE | 6231703 | 2/15/2024 5:21:10 AM | betty doesnt stand a chance when its shift change |
| ECS | LEDERHOU | 6231703 | 2/15/2024 5:31:46 AM | lol |
| ECS | DEWOLFE | 6231703 | 2/15/2024 5:34:33 AM | 6231703|SYSTEM|185-DEWOLFE has left the chat group. |
| ECS | DGROSS | 6232951 | 2/15/2024 3:24:15 AM | Joe Basil  Key Holder   Doug Bredford 716-901-3978  jay thiel 716-583-1875    greg or craig colby 716-807-9331 |
| ECS | DGROSS | 6232951 | 2/15/2024 3:24:35 AM | thats lancaster my bad i said amh , unknown how current those are but what they had listed |
| ECS | ALBANESE | 6232951 | 2/15/2024 3:26:30 AM | thank u |
| ECS | DGROSS | 6232951 | 2/15/2024 3:31:15 AM | np |

| ECS | DGROSS | 6232951 | 2/15/2024 4:19:08 AM | VISTA SECURITY  CB 716-510-5114 |
| ECS | ALBANESE | 6232951 | 2/15/2024 4:19:36 AM | thank u |
| ECS | DGROSS | 6232951 | 2/15/2024 4:20:39 AM | np |
| ECS | DGROSS | 6232951 | 2/15/2024 5:33:53 AM | 6232951\|SYSTEM\|DS2-DGROSS has left the chat group. |
| ECS | MYERSR | 6233751 | 2/15/2024 3:59:04 AM | 6233751\|SYSTEM\|83-MYERSR has left the chat group. |

A.2

| ECS | HOELSCD | 17 | 2/19/2024 6:16:13 PM | Gmorning Charlie....Normal crew tonight, call us if you need us...Check emails, including one from the captain and one from the garage....D4 multiple prem checks of Adams Rd address per the chief...if you submitted days off for early VAC schedule, please get those PO-19s in....Work smart ......Be good backup....DH |
|-----|---------|----|----------------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| ECS | HOELSCD | 17 | 2/19/2024 6:52:37 PM | any contact # for a Jackie at that address? |
| ECS | EBERLET | 17 | 2/19/2024 6:53:12 PM | 716-941-9008 |
| ECS | EBERLET | 17 | 2/19/2024 6:53:34 PM | my mistake, not that n# |
| ECS | LEDERHOU | 17 | 2/19/2024 9:27:54 PM | Brant OOS for Evening |
| ECS | ADYMYD | 17 | 2/19/2024 10:38:21 PM | ill meet 4e at 7-81 |
| ECS | EBERLET | 17 | 2/19/2024 10:38:28 PM | copy |
| ECS | ALBANESE | 17 | 2/19/2024 11:02:52 PM | can you change 013412 to grand larceny please |
| ECS | EBERLET | 17 | 2/19/2024 11:02:58 PM | absolutely |
| ECS | GANGD | 17 | 2/19/2024 11:03:06 PM | we dont have a grand laceny |
| ECS | EBERLET | 17 | 2/19/2024 11:03:07 PM | we only have larceny though - that ok? |
| ECS | ALBANESE | 17 | 2/19/2024 11:03:26 PM | yes |
| ECS | LEDERHOU | 17 | 2/20/2024 6:17:19 PM | Gow oos for evening |
| ECS | HOELSCD | 17 | 2/20/2024 7:24:23 PM | s/c hardt rd please |
| ECS | HOELSCD | 17 | 2/20/2024 7:25:01 PM | ty |
| ECS | LEDERHOU | 17 | 2/20/2024 7:25:11 PM | np |
| ECS | ADYMYD | 17 | 2/20/2024 8:23:11 PM | can you start me at attempt to serve warrant CL at 5445 riley road, vincent messina |
| ECS | ADYMYD | 17 | 2/20/2024 8:23:23 PM | 4w and 4e will be with |
| ECS | ADYMYD | 17 | 2/20/2024 8:25:31 PM | notifiy CC please |
| ECS | EBERLET | 17 | 2/20/2024 8:26:46 PM | Sounds good |
| ECS | EBERLET | 17 | 2/20/2024 8:27:28 PM | Are you going to be all set, or want them to send a car as well? |
| ECS | ADYMYD | 17 | 2/20/2024 8:27:44 PM | should b set |
| ECS | EBERLET | 17 | 2/20/2024 8:27:49 PM | Copy |
| ECS | ADYMYD | 17 | 2/20/2024 8:32:51 PM | were out |
| ECS | LEDERHOU | 17 | 2/20/2024 8:33:01 PM | copy |
| ECS | DRDREYER | 17 | 2/20/2024 9:16:37 PM | o/s have a gn |
| ECS | GANGD | 17 | 2/20/2024 9:16:45 PM | gn |
| ECS | BONAFEDE | 17 | 2/20/2024 9:28:42 PM | im clear from 5139 |
| ECS | LEDERHOU | 17 | 2/20/2024 9:32:54 PM | copy |
| ECS | CALAD | 17 | 2/20/2024 11:16:12 PM | clear from 134. log please |
| ECS | EBERLET | 17 | 2/20/2024 11:16:18 PM | copy |
| ECS | MCCARTHY | 17 | 2/21/2024 12:04:56 AM | attach me to 5n uumv please |
| ECS | EBERLET | 17 | 2/21/2024 12:05:00 AM | copy |
| ECS | MCCARTHY | 17 | 2/21/2024 12:05:04 AM | ty |

| THM | JUREKM | 0 | 2/21/2024 2:26:36 AM | approaching ford plant |
|-----|--------|---|----------------------|------------------------|
| THM | JUREKM | 0 | 2/21/2024 2:26:55 AM | East 179 |
| THM | JUREKM | 0 | 2/21/2024 2:27:23 AM | exiting Martin |
| AMH | OLIVERC | 0 | 2/21/2024 2:28:04 AM | amherst copies.. we are sending a car to that address to see if its a steal or who is driving |
| THM | JUREKM | 0 | 2/21/2024 2:28:15 AM | vehicle stopped 1 in custody |
| AMH | OLIVERC | 0 | 2/21/2024 2:28:25 AM | 10-4 |
| THM | JUREKM | 0 | 2/21/2024 2:28:49 AM | Amherst we will be in touch shortly |
| AMH | OLIVERC | 0 | 2/21/2024 2:29:01 AM | roger |
| AMH | MCGRAP | 0 | 2/21/2024 3:09:06 AM | anyone get a plate for that white jeep earlier? |
| BPC | MICHEL09 | 0 | 2/21/2024 5:17:11 AM | Cancel ATL for Ramsey, Jayshon, DOB:9/17/2000. He has been located. |
| ECS | KONDZIELA | 17 | 2/15/2024 2:30:37 AM | 5 cars clear |
| ECS | MYERSR | 17 | 2/15/2024 2:35:19 AM | 3w out with the 2 cars |
| ECS | LEDERHOU | 17 | 2/15/2024 2:35:31 AM | copy |
| ECS | STOTTB | 17 | 2/15/2024 8:26:52 AM | 190 sb from the north bridge to the south bridge is standstill traffic due to MVA on south bridge |
| ECS | SMALLT | 17 | 2/15/2024 5:55:33 PM | kohlers on location, cant make comments due to mobile client issue |
| ECS | EBERLET | 17 | 2/15/2024 5:55:41 PM | copy |
| ECS | HOELSCD | 17 | 2/15/2024 6:32:00 PM | Gmorning Charlie....Normal crew for our busy start tonight.....Our phones are on if you need something......Please check your email for next draft schedule and confirm days off, training or if something is wrong......Also D2....email / police info about possible issue later......Work smart..... Be good back up |
| ECS | CALAD | 17 | 2/15/2024 8:25:55 PM | clear from 695 |
| ECS | LEDERHOU | 17 | 2/15/2024 8:26:11 PM | copy |
| ECS | CLARKJ | 17 | 2/15/2024 9:02:47 PM | *DO NOT BROADCAST ON RADIO*  Cars on Adams Rd....take note of 24-012221 White Toyota Corolla with loud exhaust, ladder on roof, using switched plates KCB1590 has been dumping trash on Adams rd property for some time....keep eyes out in District if it is being operated |
| ECS | GANGD | 17 | 2/15/2024 9:03:32 PM | copy  thank you |
| ECS | HOELSCD | 17 | 2/15/2024 9:03:34 PM | copy |
| ECS | CLARKJ | 17 | 2/15/2024 9:04:10 PM | the registerd owner of that switched plate is a Mark Glass....there is a history with that family and younger Glass has history of pushing law limits regarding firearms |
| ECS | CLARKJ | 17 | 2/15/2024 9:05:08 PM | It was seen parked on E Main St and Mechanic St a few days ago during daylight hours unoccupied |
| ECS | GANGD | 17 | 2/15/2024 9:05:25 PM | ill ref that comp on this cl |
| ECS | ADYMYD | 17 | 2/15/2024 10:09:18 PM | can you put me back on adams road call pls |
| ECS | EBERLET | 17 | 2/15/2024 10:09:24 PM | yes |
| ECS | DEWOLFE | 17 | 2/19/2024 5:45:51 PM | can you add badge 414 to our car pls |

| ECS | DGROSS | 6232951 | 2/15/2024 4:19:08 AM | VISTA SECURITY  CB 716-510-5114 |
|-----|--------|---------|----------------------|--------------------------------|
| ECS | ALBANESE | 6232951 | 2/15/2024 4:19:36 AM | thank u |
| ECS | DGROSS | 6232951 | 2/15/2024 4:20:39 AM | np |
| ECS | DGROSS | 6232951 | 2/15/2024 5:33:53 AM | 6232951|SYSTEM|DS2-DGROSS has left the chat group. |
| ECS | MYERSR | 6233751 | 2/15/2024 3:59:04 AM | 6233751|SYSTEM|83-MYERSR has left the chat group. |
| ECS | RICHARDL | 6234551 | 2/15/2024 1:10:46 PM | can you add me to 573 thanks |
| ECS | GANGD | 6234551 | 2/15/2024 1:10:55 PM | sure |
| ECS | GANGD | 6241881 | 2/15/2024 5:47:55 PM | youre on it |
| ECS | ALBANESE | 6241881 | 2/15/2024 6:02:59 PM | hey, its not showing on the board |
| ECS | GANGD | 6241881 | 2/15/2024 6:03:24 PM | it is the screne comps are messed up |
| ECS | ALBANESE | 6241881 | 2/15/2024 6:03:34 PM | beautifullll |
| ECS | GANGD | 6241881 | 2/15/2024 6:03:58 PM | lol im calling cps  we have been too busy to call |
| ECS | ALBANESE | 6241881 | 2/15/2024 6:04:31 PM | sounds like its been a little hectic |
| ECS | GANGD | 6241881 | 2/15/2024 6:04:53 PM | its been a mess today lmao |
| ECS | ALBANESE | 6241881 | 2/15/2024 11:14:40 PM | you  can clear me and 2e from 412 |
| ECS | GANGD | 6241881 | 2/15/2024 11:14:50 PM | ok |
| ECS | LEDERHOU | 6242171 | 2/15/2024 7:29:58 PM | what time you on till? |
| ECS | DUSZAZ | 6242171 | 2/15/2024 7:30:10 PM | 12 |
| ECS | LEDERHOU | 6242171 | 2/15/2024 7:30:20 PM | Nice, a little change from the Rath! |
| ECS | DUSZAZ | 6242171 | 2/15/2024 7:30:38 PM | Absolutely |
| ECS | LEDERHOU | 6242171 | 2/15/2024 7:30:41 PM | lol |
| ECS | DUSZAZ | 6242171 | 2/15/2024 7:38:06 PM | ill take what i can get lol |
| ECS | LEDERHOU | 6242171 | 2/15/2024 7:38:23 PM | Cant Blame you there |
| ECS | ALBANESE | 6276531 | 2/19/2024 3:23:20 PM | im on loc at dave smith ford |
| ECS | COOPERD | 6276531 | 2/19/2024 3:23:32 PM | ok |
| ECS | COOPERD | 6276531 | 2/19/2024 5:35:08 PM | 6276531|SYSTEM|DS1-COOPERD has left the chat group. |
| ECS | ALBANESE | 6276532 | 2/19/2024 8:57:23 PM | 3e for the jail call please |
| ECS | EBERLET | 6276532 | 2/19/2024 8:57:28 PM | You got it |
| ECS | ALBANESE | 6276532 | 2/19/2024 11:03:18 PM | that was supposed to go just to you |
| ECS | EBERLET | 6276532 | 2/19/2024 11:03:23 PM | all good lol |
| ECS | EBERLET | 6276532 | 2/19/2024 11:03:40 PM | i can do larceny - auto accessories |
| ECS | EBERLET | 6276532 | 2/19/2024 11:03:48 PM | other, from vehicle, stuff like that |
| ECS | ALBANESE | 6276532 | 2/19/2024 11:03:48 PM | perfect |
| ECS | EBERLET | 6276532 | 2/19/2024 11:04:02 PM | you got it. it's larceny - auto accessories |
| ECS | ALBANESE | 6276532 | 2/19/2024 11:04:13 PM | thank u |
| ECS | EBERLET | 6276532 | 2/19/2024 11:04:19 PM | no problem, any time |
| ECS | ALBANESE | 6276532 | 2/19/2024 11:25:16 PM | you can clear me of that larceny for now |
| ECS | EBERLET | 6276532 | 2/19/2024 11:25:22 PM | you got it |

| ECS | EBERLET | 17 | 2/21/2024 12:05:15 AM | yw |
|---|---|---|---|---|
| ECS | ADYMYD | 17 | 2/21/2024 3:39:21 AM | can clear me from 174 |
| ECS | ADYMYD | 17 | 2/21/2024 3:39:22 AM | pls |
| ECS | EBERLET | 17 | 2/21/2024 3:39:34 AM | yes |
| ECS | VACCAROS | 17 | 2/21/2024 6:29:16 AM | Can you plz attach me to 5227 |
| ECS | TRASKR | 17 | 2/21/2024 6:41:04 AM | sure |
| TTO | MMANZELL | 999 | 2/15/2024 11:43:58 AM | can you verify that other plate? because LHK-3153 isnt coming back |
| CPS | EVERETTM | 999 | 2/19/2024 6:37:28 PM | ATTN TTO/AMH.....RECKLESS OP...APPROX 16 Y/O MALE DRIVING OVER 100 MPH IN A DARK GREEN DODGE CHARGER WITH NO PLATES, WAS LS IN AREA OF THE 190S NEAR THE 290, UNK IF HE CONTINUED ON THE 190 OR GOT AFF AT THE 290. NYSP WAS NTFD |
| UNY | BESTKELM | 999 | 2/19/2024 6:37:41 PM | UB Copies |
| THM | MOSESB | 999 | 2/19/2024 7:04:42 PM | Rt 20 shut down between Lakeview Rd and N Creek Rd for injury accident |
| THM | JUREKM | 999 | 2/19/2024 8:04:11 PM | Rt 20 back open |
| NIT | NITTEC | 999 | 2/19/2024 8:04:22 PM | Thanks. |
| EVN | HASSANR | 6231368 | 2/15/2024 3:09:30 AM | have rt 39? |
| EVN | HASSANR | 6231368 | 2/15/2024 3:22:38 AM | 6231368|SYSTEM|DS2-HASSANR has left the chat group. |
| ECS | MYERSR | 6231625 | 2/15/2024 3:59:04 AM | 6231625|SYSTEM|83-MYERSR has left the chat group. |
| ECS | LEDERHOU | 6231702 | 2/15/2024 3:45:21 AM | I have seneca |
| EVN | HASSANR | 6231702 | 2/15/2024 3:45:43 AM | thx |
| ECS | LEDERHOU | 6231702 | 2/15/2024 3:45:52 AM | cant beleive you closed out on me |
| EVN | HASSANR | 6231702 | 2/15/2024 3:46:02 AM | you did it the other day first!! |
| ECS | LEDERHOU | 6231702 | 2/15/2024 3:46:28 AM | Only cause my computer froze up and i had to reset it |
| EVN | HASSANR | 6231702 | 2/15/2024 3:47:13 AM | suree |
| ECS | LEDERHOU | 6231702 | 2/15/2024 3:47:21 AM | lol |
| EVN | HASSANR | 6231702 | 2/15/2024 3:47:44 AM | sen 883 responding |
| ECS | LEDERHOU | 6231702 | 2/15/2024 3:53:12 AM | Ty |
| EVN | HASSANR | 6231702 | 2/15/2024 4:41:31 AM | 6231702|SYSTEM|DS2-HASSANR has left the chat group. |
| ECS | LEDERHOU | 6231703 | 2/15/2024 5:16:42 AM | That was a quick visit with Bettty |
| ECS | DEWOLFE | 6231703 | 2/15/2024 5:21:10 AM | betty doesnt stand a chance when its shift change |
| ECS | LEDERHOU | 6231703 | 2/15/2024 5:31:46 AM | lol |
| ECS | DEWOLFE | 6231703 | 2/15/2024 5:34:33 AM | 6231703|SYSTEM|185-DEWOLFE has left the chat group. |
| ECS | DGROSS | 6232951 | 2/15/2024 3:24:15 AM | Joe Basil   Key Holder   Doug Bredford 716-901-3978       jay thiel 716-583-1875       greg or craig colby 716-807-9331 |
| ECS | DGROSS | 6232951 | 2/15/2024 3:24:35 AM | thats lancaster my bad i said amh , unknown how current those are but what they had listed |
| ECS | ALBANESE | 6232951 | 2/15/2024 3:26:30 AM | thank u |
| ECS | DGROSS | 6232951 | 2/15/2024 3:31:15 AM | np |

A.4

| ECS | LEDERHOU | 6288361 | 2/20/2024 7:27:24 PM | lol ok |
|-----|----------|---------|----------------------|--------|
| ECS | LEDERHOU | 6288361 | 2/20/2024 7:28:01 PM | Makes more sense |
| ECS | DEWOLFE | 6288361 | 2/20/2024 7:28:12 PM | for sure |
| ECS | DEWOLFE | 6288361 | 2/20/2024 9:31:46 PM | its the staley rd one |
| ECS | LEDERHOU | 6288361 | 2/20/2024 9:32:47 PM | ok we will change it. |
| ECS | ALBANESE | 6288483 | 2/20/2024 10:25:23 PM | can you give me a call .. 339-9072 |
| ECS | ALBANESE | 6288484 | 2/20/2024 10:28:53 PM | can you send me hamburg pd number |
| ECS | EBERLET | 6288484 | 2/20/2024 10:29:29 PM | 716-648-5111 ext 0 |
| ECS | ALBANESE | 6288484 | 2/20/2024 10:30:26 PM | thank u |
| ECS | EBERLET | 6288484 | 2/20/2024 10:30:32 PM | no problem |
| ECS | ALBANESE | 6288484 | 2/20/2024 10:49:35 PM | can u add dave smith ford as a victim for 013412 |
| ECS | EBERLET | 6288484 | 2/20/2024 10:49:40 PM | sure thing |
| ECS | ALBANESE | 6288484 | 2/20/2024 10:49:53 PM | if you need a name it could be jason burgett |
| ECS | EBERLET | 6288484 | 2/20/2024 10:49:59 PM | phone #? |
| ECS | ALBANESE | 6288484 | 2/20/2024 10:50:20 PM | 634-2000 |
| ECS | EBERLET | 6288484 | 2/20/2024 10:50:22 PM | ty |
| ECS | EBERLET | 6288484 | 2/20/2024 10:50:37 PM | all set on there, i put both |
| ECS | ALBANESE | 6288484 | 2/20/2024 10:50:44 PM | thank u |
| ECS | EBERLET | 6288484 | 2/20/2024 10:50:49 PM | anytime |
| ECS | EDMUNDSC | 6288541 | 2/20/2024 6:25:41 PM | mark sisti re town chevy 716 868 7509 |
| ECS | EDMUNDSC | 6288541 | 2/20/2024 7:20:55 PM | 6288541|SYSTEM|DS3-EDMUNDSC has left the chat group. |
| ECS | LEDERHOU | 6288733 | 2/20/2024 9:07:52 PM | We are out on a UUMV comp on the Res for Bryan Ells. Apparently he dropped off HPS1858, you guys looking for that at all |
| EVN | HASSANR | 6288733 | 2/20/2024 9:08:30 PM | standby let me ask brad |
| EVN | HASSANR | 6288733 | 2/20/2024 9:11:04 PM | the owner is looking for the vehicle |
| EVN | HASSANR | 6288733 | 2/20/2024 9:11:28 PM | i can give you the r/o's number we have |
| ECS | LEDERHOU | 6288733 | 2/20/2024 9:12:04 PM | Sure ill take it |
| EVN | HASSANR | 6288733 | 2/20/2024 9:12:25 PM | 716-381-2268 |
| ECS | LEDERHOU | 6288733 | 2/20/2024 9:13:08 PM | My deputies will contact him |
| EVN | HASSANR | 6288733 | 2/20/2024 9:13:13 PM | ok thanks |
| ECS | LEDERHOU | 6288733 | 2/20/2024 9:40:31 PM | Daryl has his vehicle back |
| ECS | LEDERHOU | 6288733 | 2/20/2024 9:54:45 PM | Good Talk |
| ECS | ALBANESE | 6291621 | 2/21/2024 6:44:16 AM | you can clear me of 412 for now |
| ECS | VENTURAA | 6291621 | 2/21/2024 6:44:41 AM | Yes |
| ECS | ALBANESE | 6291621 | 2/21/2024 6:44:49 AM | thank u |
| ECS | VENTURAA | 6291621 | 2/21/2024 6:44:54 AM | np |

B. 1

**basil family dealerships**

## joe basil chevrolet

*...just great deals!*

FIND NEW ROADS™

5111 TRANSIT ROAD, DEPEW, NEW YORK 14043
DIRECT 716-683-4895 - FAX 716-683-4840
joebasilchevrolet.com

ANY WARRANTIES ON THE PRODUCTS SOLD HEREBY ARE THOSE MADE BY THE MANUFACTURER. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF SAID PRODUCTS.

ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS INVOICE.
NO RETURNS ACCEPTED THAT ARE NOT IN UNOPENED RESALEABLE PACKAGING.
20% HANDLING CHARGE ON RETURNED PARTS.
NO RETURNS AFTER 10 DAYS.
NO RETURNS ON ELECTRICAL OR SPECIAL ORDER ITEMS.

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER | |
|---|---|---|---|---|---|
| 20 NOV 23 | PR375860 | 04 DEC 23 | 04 DEC 23 | 620446X2 | 17:36 |

PAGE 1 OF 2

SOLD TO

ACCOUNT NO. 6342000

DAVE SMITH FORD
4045 TRANSIT RD
WILLIAMSVILLE, NY 14221-7211

SHIP TO

BODY SHOP
(REAR OF BUILDING)

RO# 308312
X1070

| SHIP VIA | SLSM. 2397 | B/L NO. | TERMS CHARGE SALE | | F.O.B. DEPEW NY |
|---|---|---|---|---|---|

| ORD. | SHIP | B.O. | PART NUMBER | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 0 | 1 | 85155417 | SPAC  ANTENNA | 132.15 | 85.90 | 0.00 |
| | | | G04407627 | | | | |
| 1 | 0 | 1 | 84871016 | SPAC  F-INSULATO | 8.73 | 5.67 | 0.00 |
| | | | G04407602 | | | | |
| 1 | 0 | 1 | 86810770 | SPAC  F-HARNESS | 465.39 | 302.50 | 0.00 |
| | | | G04407616 | | | | |
| 1 | 1 | 0 | 84678966 | SP FLR F-WINDOW | 189.98 | 123.49 | 123.49 |
| | | | G04407559 | | | | |

1GNSKCKD2PR375860
MILEAGE 13708
The following parts have been special ordered:

| 1 | | | 85155417 | ANTENNA | | | |

| PARTS | |
|---|---|
| SUBLET | |
| FREIGHT | |
| SALES TAX | |

| TOTAL | |

basil family dealerships

# joe basil chevrolet
...just great deals!

FIND NEW ROADS

5111 TRANSIT ROAD, DEPEW, NEW YORK 14043
DIRECT 716-683-4895 - FAX 716-683-4840
joebasilchevrolet.com

ANY WARRANTIES ON THE PRODUCTS SOLD HEREBY ARE THOSE MADE BY THE
MANUFACTURER. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER
EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR
FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY
OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF
SAID PRODUCTS.

ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS INVOICE.
NO RETURNS ACCEPTED THAT ARE NOT IN UNOPENED RESALEABLE PACKAGING.
20% HANDLING CHARGE ON RETURNED PARTS.
NO RETURNS AFTER 10 DAYS.
NO RETURNS ON ELECTRICAL OR SPECIAL ORDER ITEMS.

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER | |
|---|---|---|---|---|---|
| 20 NOV 23 | PR375860 | 04 DEC 23 | 04 DEC 23 | 620446X2 | 17:36 |

PAGE 2 OF 2

ACCOUNT NO. 6342000

SOLD TO

DAVE SMITH FORD
4045 TRANSIT RD
WILLIAMSVILLE, NY 14221-7211

SHIP TO

BODY SHOP
(REAR OF BUILDING)

| SHIP VIA | | SLSM. 2397 | B/L NO. | TERMS CHARGE SALE | | F.O.B. DEPEW NY |
|---|---|---|---|---|---|---|

| ORD | SHIP | B.O. | PART NUMBER | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|---|
| | 1 | | 84871016 | F-INSULATO | | | |
| | 1 | | 86810770 | F-HARNESS | | | |



*THANK YOU FOR CHOOSING BASIL CHEVY*
PROMPTLY SERVING YOUR GM PARTS NEEDS
CHECK OUT THE "BASIL DIFFERENCE"
BASIL, " JUST WHAT YOUR LOOKING FOR "
*********JUST GREAT DEALS************

| PARTS | 123.49 |
|---|---|
| SUBLET | |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| TOTAL | $123.49 |



Erie County Sheriff's Office
## COMPLAINT SUMMARY REPORT
### 24-013412

Report Date: 2/21/2024

| | | | |
|---|---|---|---|
| 02/15/2024 06:02:31 | ECS | 159 | AT GARAGE |
| 02/15/2024 17:51:18 | ECS | 921 | NZ OUT AT WEST HERR FOR FOLLOW UP |
| 02/15/2024 18:06:14 | ECS | 929 | 2W OUT AT DAVE SMITH FORD |
| 02/15/2024 18:34:03 | ECS | 929 | NZ OUT AT JOE BASIL |
| 02/15/2024 19:03:56 | ECS | 405 | PATROL SPOKE WITH SALES MANAGER ERIC HARTZ OF DAVE SMITH FORD. PATROL NOTIFIED HIM OF THE INCIDENT ON 02/15/2024 AT 02:20 HRS. ERIC WAS MADE AWARE THAT PATROL WAS IN CUSTODY OF BOX'S AND OTHER AUTOMOTIVE PARTS. MOST BOXES HAD BASIL SHIPPING LABELS BUT ONE HAD A DAVE SMITH FORD STICKER. PATROL AND ERIC CHECKED WITH PARTS COUNTER TO SEE IF THEY WERE MISSING ANY ITEMS BUT WERE UNAWARE AT THIS TIME. ERIC WILL CHECK WITH THE AUTOBODY DEPARTMENT ON 02/16/2024. ERIC WILL NOTIFY THE OFFICE MANAGER WHEN THEY COME IN ON 02/16/2024 AT 09:00 HRS TO CHECK SECURITY FOOTAGE FOR THE PAST SEVERAL NIGHTS TO LOOK FOR THE RED SILVERADO AND WILL GET BACK TO PATROL ON 02/19/2024 AFTER 18:00 HRS. |
| 02/19/2024 17:34:24 | ECS | S291 | ON 2/19/24 NZ SPOKE TO SARA SMITH OF DAVE SMITH FORD. NZ AND SARA REVIEWED CAMERA FOOTAGE OF 2/15/24. |
| 02/19/2024 17:35:40 | ECS | S291 | NZ CONTACTED LAUREN NASH OF DA'S OFFICE AND WAS ADVISED OF INVESTIGATION/ UPDATED INFORMATION |
| 02/20/2024 17:43:33 | ECS | 921 | NZ ENR TO GARAGE |
| 02/20/2024 19:17:40 | ECS | 929 | NZ CLEAR OF GARAGE OUT AT DAVE SMITH FORD |
| 02/21/2024 01:19:48 | ECS | 929 | NZ OUT AT D7 STATION FOR INTERVIEW |
| 02/21/2024 02:37:41 | ECS | S291 | ALISSA WAS PROCESSED FOR PL 105.05-01/165.45-01 AND RELEASED ON DAT |
| 02/21/2024 05:22:43 | ECS | S291 | MARK FROM TOWNE CHEVROLET WAS ADVISED THAT THE VEHICLE COULD BE RELEASED INTO THEIR CUSTODY. MARK WAS PROVIDED TSGT NAEGELY'S INFORMATION TO MAKE ARRANGEMENTS |

Total Complaints: 1



## Erie County Sheriff's Office
## COMPLAINT SUMMARY REPORT
### 24-013412

**Report Date:2/21/2024**

| | | | |
|---|---|---|---|
| 02/15/2024 02:30:22 | ECS | 934 | Status:VALID  Expiration: 09/30/2025  Plate Issued: 09/18/2023 |

Plate:66314ND  Class: COM - Commercial Plate (076)
Style:X  Logo: EXCELSIOR  Legend: COMMERCIAL
Vehicle:2023; CHEVROLET; SILVERADO; PICK-UP TRUCK; RED
Maximum Load Weight:5600
Vehicle ID:3GCUDGEL7PG306541
Insurance Co.:EMPIRE FIRE & MARINE INS  Insurance Code: 111
Organization Name:TOWNE;CHEVROLET;BUICK;CADILLAC;INC
Address:11208 GOWANDA ST RD
NORTH COLLINS, New York 14111

| | | | |
|---|---|---|---|
| 02/15/2024 02:30:31 | ECS | 929 | OUT WITH VEHICLE AT MALL PARKING LOT NEAR KEY BANK |
| 02/15/2024 02:38:09 | ECS | 929 | 504209070- DRIVER, 380745632 -PASSENGER |
| 02/15/2024 02:38:59 | ECS | 939 | Status:VALID (Non-CDL) |

License Class:*E*  Expiration: 08/26/2025
Name:SARACINA, DANIEL J  Client ID: 504209070
Birth Date:08/26/1986  Sex: M  Height: 6' 5"  Eye Color: BLUE
Address:4340 S PARK AVE
BUFFALO, New York 14219  County: ERIE
Motorist ID:S0163350115524556786000
Image Captured:10/18/2004 (KEPT)
Activity Information
School Bus Driver Status (S19A):NOT APPLICABLE
Cleared Out of State Surrender:01/20/2021
Date Surrendered:10/18/2004  State: New York
　　　　(less)  (print preview)

| | | | |
|---|---|---|---|
| 02/15/2024 02:39:47 | ECS | 939 | Status:VALID (Non-CDL)   VALID (CDL) |

License Class:CDL *B*  Expiration: 08/26/2027
Name:EVANS, ALISSA BETH  Client ID: 380745632
Birth Date:08/26/1981  Sex: F  Height: 5' 2"  Eye Color: BLUE
Address:6297 BOSTON STATE RD
HAMBURG, New York 14075  County: ERIE
Endorsements:• SCHOOL BUS
• PASSENGER
Motorist ID:E220579032000557781000
Image Captured:08/31/2011 (KEPT)
Activity Information
School Bus Driver Status (S19A):ACTIVE-SCHOOL QUALIFIED
Medical Certification
Status:CERTIFIED - NON-EXCEPTED INTERSTATE (NI)
Issued:08/18/2023  Expires: 10/18/2024
Medical Examiner:TANNER, JENNIFER  Phone: 716-204-0798
National Registry ID:2703716006  License State: New York
　　　　(less)  (print preview)

| | | | |
|---|---|---|---|
| 02/15/2024 03:17:23 | ECS | 934 | 1M IN CUSTODY PER NZ |
| 02/15/2024 03:51:10 | ECS | 929 | DET RICHARD NTFD, WILL BE EN ROUTE |
| 02/15/2024 03:55:56 | ECS | 934 | 3W REQ AMBULANCE FOR NAUSEA, DIZZINESS, KIDNEY PAIN FOR MALE |
| 02/15/2024 03:57:29 | ECS | 939 | AMH NTFD FOR FA |
| 02/15/2024 04:39:51 | ECS | 934 | TWIN CITY 226 WITH 1M TO BUF MERCY |
| 02/15/2024 05:06:50 | ECS | 934 | REQ TOW TO THE GARAGE |
| 02/15/2024 05:10:43 | ECS | 939 | TRANSIT FOR THE TOW |
| 02/15/2024 05:24:49 | ECS | 934 | TOW ON SCENE |
| 02/15/2024 05:29:38 | ECS | 934 | 2W FOLLOWING TRANSIT TOWING, NZ ENROUTE TO LAB |
| 02/15/2024 05:31:41 | ECS | 934 | TOW ENROUTE TO GARAGE |

2

Erie County Sheriff's Office
# COMPLAINT SUMMARY REPORT
24-013412

Report Date:2/21/2024

**24-013412      LARCENY-AUTO ACCESSORIES**

8137 MAIN ST CLA Bus. WEST HERR NISSAN WILLIAMSVILLE (2)

Disposition(s):1. Watch Commander 2. Arrest Report 3. Police Report 4. CSI Notification 5. Refer to Detectives

| | |
|---|---|
| Reported: | 02/15/2024 02:20:01 |
| Received: | 02/15/2024 02:20:31 |
| Dispatched: | 02/15/2024 02:21:49 |
| En Route: | 02/15/2024 02:21:49 |
| On Scene: | 02/15/2024 18:21:15 |
| Cleared: | 02/20/2024 20:28:11 |

Agency:            ECS
Received By:    ALBIANI-GROSS, DANIEL - 939
Dispatched By: LEDERHOUSE, THOMAS - 929
Source:            PHONE

**Officers:**       1. MCCARTHY, PATRICK - 405 2. PELLITTIERI, ANTHONY - 364 3. ALBANESE, MATTHEW - S291 4. MYERS, ROBERT - 399 5. RICHARD, LEE - D71 6. KLEMP, DANIEL - 269

**Other Personnel:** 1. GANG, DANIELLE . - 19175 2. DEHN, BROC A. - 8002 3. EBERLE, TROY . - 28151

**Associated Person(s)** 1. Victim  DAVE SMITH FORD
       ADDRESS: 4045 TRANSIT RD   CLARENCE
       2. Victim  BURGETT, JASON J.    DOB: 9/10/1973
       ADDRESS: 83 APPLE RING RD   RED HOOK (VILLAGE)   PHONE: (845) 518-0854
       3. Subject  SARACINA, DANIEL J.    DOB: 8/26/1986
       ADDRESS: 4340 SOUTH PARK AV   BUFFALO
       4. Subject  EVANS, ALISSA    DOB: 8/26/1981
       ADDRESS: 6297 BOSTON STATE RD   HAMBURG TOWN   PHONE: (716) 771-6480
       5. Associated Person  HARTZ, ERIC W.    DOB: 9/13/1978
       ADDRESS: 4045 TRANSIT RD   CLARENCE   PHONE: (716) 634-2000
       6. Associated Person  SISTI, MARK D.    DOB: 1/24/1968
       ADDRESS: 8766 VIOLET PK   EDEN
       7. Vehicle Owner  TOWNE CHEVY, BUICK  C.
       ADDRESS: 11208 GOWANDA STATE RD   NORTH COLLINS

**Remarks:**

| | | | |
|---|---|---|---|
| 02/15/2024 02:21:03 | ECS | 939 | RED PICKUP TRUCK IN THE LOT THAT THEY SEE ON CAMERA WAS THERE THE OTHER NIGHT STEALING |
| 02/15/2024 02:21:10 | ECS | 939 | WHT MALE IN GRAY HOODIE |
| 02/15/2024 02:21:32 | ECS | 939 | VEH STILL AT NISSAN NEAR BACK ROAD |
| 02/15/2024 02:21:50 | ECS | 939 | USUALLY WILL LEAVE THERE WHEN HES DONE AND GO TO TOYOTA AND CHEVY |
| 02/15/2024 02:22:25 | ECS | 939 | VISTA SECURITY  CB 716-510-5114 OFFSITE CAMERA MONITORING COMPANY |
| 02/15/2024 02:22:40 | ECS | 939 | LOST HIM ON THE CAMERA |
| 02/15/2024 02:22:54 | ECS | 939 | HES AT TOYOTA NOW IN THE LOT |
| 02/15/2024 02:23:07 | ECS | 939 | HEADING TOWARDS EXIT AT TOYOTA NOW |
| 02/15/2024 02:23:53 | ECS | 939 | LOOKS LIKE POSSIBLE CHEVY |
| 02/15/2024 02:24:11 | ECS | 939 | WENT OFF CAMERA AT TOYOTA POSSIBLY LEFT |
| 02/15/2024 02:24:38 | ECS | 939 | POSSIBLE NEXT STOP IS CHEVY ON MAIN |
| 02/15/2024 02:25:44 | ECS | 939 | CHEVY DEALERS CAMERAS ARE DOWN RIGHT NOW  WONT BE ABLE TO SEE HIM IF HE WENT TO CHEVY |
| 02/15/2024 02:26:30 | ECS | 939 | WOULD BE CHEVY ON TRANSIT IN AMH PD AREA |
| 02/15/2024 02:26:58 | ECS | 939 | DISCONNECTED FROM CAMERA COMPANY |
| 02/15/2024 02:27:06 | ECS | 939 | APD NTFD |
| 02/15/2024 02:29:06 | ECS | 929 | NOT BEHIND TOYOTA |
| 02/15/2024 02:30:06 | ECS | 929 | 66314ND |

1



basil

## GLASS AMERICA
The Best In Auto Glass

$1,016.76
2,145.18   cost of

parts.

1-800-634-5623
www.glassusa.com

ANY WARRANTIES ON THE PRODUCTS SOLD HEREBY ARE THOSE MADE BY THE MANUFACTURER. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF SAID PRODUCTS.

ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS INVOICE.
NO RETURNS ACCEPTED THAT ARE NOT IN UNOPENED RESALEABLE PACKAGING.
20% HANDLING CHARGE ON RETURNED PARTS.
NO RETURNS AFTER 10 DAYS.
NO RETURNS ON ELECTRICAL OR SPECIAL ORDER ITEMS.

INVOICE NUMBER        620446        10:33

PAGE 1 OF 2

RO# 225312     X 10%

F.O.B.    DEPEW NY

| ORD | | PART NUMBER | DESCRIPTION | | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | ✓ | 84871016 | SPAC | F-INSULATO | 132.15 | 85.90 | 0.00 |
| 1 | ✓ | G04407602 | | | 8.73 | 5.67 | 0.00 |
| 1 | ✓ | 84861036 | SB076 | F-(S)DUCT | 40.54 | 26.35 | 0.00 |
| 1 | ✓ | 23387335 | SP076 | F-(S)DEFLE | 10.10 | 6.56 | 0.00 |
| 1 | ✓ | 86810770 | SPAC | F-HARNESS | 465.39 | 302.50 | 0.00 |
| 1 | ✓O | G04407616 | | | | | |
| 1 | | 86581706 | NORTH | F-MODULE | 240.44 | 156.29 | 156.29 |
| 1 | ✓O | CORE EXCHANGE | | | | 310.00 | 310.00 |
| 1 | | 135456362 M SUBALASTJ | (S)MODULE | | 245.22 | 159.39 | 159.39 |
| 1 | ✓ | 84678966 | SPAC | F-WINDOW | 189.98 | 123.49 | 0.00 |
| | | G04407559 | | | | | |

| PARTS | |
|---|---|
| SUBLET | |
| FREIGHT | |
| SALES TAX | |
| TOTAL | |

Copyright 2014 CDK Global, LLC

CUSTOMER COPY

---

basil family dealerships
## joe basil chevrolet
just great deals!

FIND NEW ROADS

5111 TRANSIT ROAD, DEPEW, NEW YORK 14043
DIRECT 716-683-4895 · FAX 716-683-4840
joebasilchevrolet.com

ANY WARRANTIES ON THE PRODUCTS SOLD HEREBY ARE THOSE MADE BY THE MANUFACTURER. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF SAID PRODUCTS.

ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS INVOICE
NO RETURNS ACCEPTED THAT ARE NOT IN UNOPENED RESALEABLE PACKAGING.
20% HANDLING CHARGE ON RETURNED PARTS.
NO RETURNS AFTER 10 DAYS.
NO RETURNS ON ELECTRICAL OR SPECIAL ORDER ITEMS.

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER | |
|---|---|---|---|---|---|
| 20 NOV 23 | PR375860 | 29 NOV 23 | 29 NOV 23 | 620446 | 10:33 |

ACCOUNT NO. 6342000

PAGE 2 OF 2

SOLD TO
DAVE SMITH FORD
4045 TRANSIT RD
WILLIAMSVILLE, NY 14221-7211

SHIP TO
BODY SHOP
(REAR OF BUILDING)

RO# 225312     X 10%

| SHIP VIA | | SLSM. 2397 | B/L NO. | TERMS CHARGE SALE | F.O.B. DEPEW NY |
|---|---|---|---|---|---|

| ORD | SHIP | B.O. | PART NUMBER | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | 1GNSKCKD2PR375860 | | | | |
| | | | MILEAGE 13708 | | | | |
| | | | The following parts have been special ordered: | | | | |
| 1 | | | 85155417 | ANTENNA | | | |
| 1 | | | 84871016 | F-INSULATO | | | |
| 1 | | | 84861036 | F-(S)DUCT | | | |
| 1 | | | 23387335 | F-(S)DEFLE | | | |
| 1 | | | 86810770 | F-HARNESS | | | |
| 1 | | | 84678966 | F-WINDOW | | | |

*THANK YOU FOR CHOOSING BASIL CHEVY*
PROMPTLY SERVING YOUR GM PARTS NEEDS
CHECK OUT THE "BASIL DIFFERENCE"

| PARTS | 625.68 |
|---|---|
| SUBLET | |

Backs of Body Shop
Camera 5
2/15/24                    out of vehicle

1:40 - 1:45

Camera 2 - Driving in off vehicle

1:38 - 1:40

Camera 8 - Shows big lots property
            line
01:44 - 01:50

E.4

PRESS RELEASE

Contact Information:
Lieutenant Jeremy R. Lehning
Public Information Officer
Office: 716-858-7630
Mobile: 716-440-3684

Jeremy.lehning@erie.gov

Release Date: 2/22/24



## SHERIFF JOHN C. GARCIA

---

### CRIMINAL POSSESSION OF STOLEN PROPERTY AND CONSPIRACY ARREST MADE FOLLOWING INVESTIGATION

Clarence, NY – Erie County Sheriff John C. Garcia reports the arrest of 42-year-old, Alissa Evans of the Town of Hamburg, following an investigation stemming from a complaint of theft from two separate area car dealerships.

On February 15th, patrols in the Town of Clarence were dispatched to West Herr Nissan, when a complaint from Vista Security was received regarding a red pickup truck in the lot after hours, taking items. As patrol responded, dispatch was advised that the pickup truck had left West Herr Nissan and was now in the lot of West Herr Toyota and had quickly departed the premises. The area was canvassed by patrol and a vehicle matching the description was observed in the Eastern Hills Mall parking lot and a traffic stop was initiated.

Patrol contacted the operator, 37-year-old Daniel Saracina and the rear passenger, Alissa Evans, during which time, patrol did observe numerous boxes inside the pickup truck, addressed to "Joe Basil Chevrolet" as well as a radiator, tire with rim, commercial brake drum and another box found in the bed of the truck. Based on the totality of evidence, an investigation was initiated by patrol. While conducting an inventory of the vehicle, patrol discovered a yellow zip-lock bag and a clear plastic bag, both containing suspected narcotics. Saracina claimed both items and was subsequently charged with two counts of Criminal Possession of a controlled substance and released on desk appearance ticket. The vehicle and contents were impounded in furtherance of the investigation.

After completing the investigation, the missing parts had a combined value of $2,145.18 and were taken by Saracina and Evans from Dave Smith Ford. Charges were subsequently filed by patrol for both parties. On February 21st, Evans turned herself and was charged with the following:
- Criminal Possession of Stolen Property 4th-Class E Felony
- Conspiracy 5th Degree-Class A Misdemeanor.

Saracina has not responded to patrols attempts to contact him and is currently outstanding. If you have any information as to his whereabouts, please contact Sergeant Matt Albanese at 716-339-9072.

F. 1

# OFFICE OF SHERIFF
# COUNTY OF ERIE

In the matter of a proceeding under the Family Court Act

**Erie County Family Court**
Petitioner
vs.

Docket No: **O-11666-23**

**Daniel J Saracina**

Respondent

2024 MAR 25 [illegible]
EC FAMILY COURT [illegible]

## AFFIDAVIT OF SERVICE

**Deputy Ginnane** being duly sworn, deposes and says that deponent is over the age of 21 and a Deputy Sheriff of the County of Erie and served the: **order of protection** upon the Respondent, **Daniel J Saracina**, named herein, in the following manner:

☒ 1. **PERSONAL DELIVERY:** By delivering a true copy thereof to him personally on the 25th day of March, 2024 at 1045 A.M., at **462 Grider St Buffalo NY 14215 9th Floor lockup** and that he knew the person so served to be the person described as the said Respondent therein.

☐ 2. **SUBSTITUTE SERVICE:** By personally delivering to and leaving a true copy with, a person of suitable age and discretion, on the        day of -----, ---- at        P.M., at the dwelling place and by mailing a true copy of the same to the Respondent at

The description of the person served *pursuant to 1 or 2 above* is:

Sex: Male                    Race: White              Hair Color: Bald
Approx. Age or Date of Birth :8/26/1986    Approx. Weight: 250        Approx. Height: 6'5"
Notes: Respondents home address is 4340 South Park Ave Blasdell NY 14219. A good phone number for respondent is 716-771-6480.

☐ 3. **INABILITY TO SERVE:** That **Deputy Ginnane**, deponent, personally attempted to serve with due diligence the above **summons and petition** at address and times listed and was unable to serve:

1.  ----,        , ----, at        -----, at
    But was unable to do so because:

2.  ----,        , ----, at        A.M., at
    But was unable to do so because:

3.  ----,        , ----, at        A.M., at
    But was unable to do so because:

To the best of my knowledge, information and belief the said Respondent was not engaged in military service of the United States

Sworn to me this 25th day of March, 2024.

_____
FRANK LOFRUMENTO
COMMISSIONER OF DEEDS
In and for the City of Buffalo, Erie County, NY
My Commission Expires Dec. 31, 20___

_____
Signature of Server

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**VII.** **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

**A.** Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[X] Yes

[X] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

ECMC 9th floor "lockup"

**B.** Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

[ ] Yes

[X] No    Not at ECMC 9th floor "lockup"

[ ] Do not know

**C.** Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

[ ] Yes

[X] No

[ ] Do not know

If yes, which claim(s)?

**D.**   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

**E.**   If you did file a grievance:

1.   Where did you file the grievance?

_____

2.   What did you claim in your grievance?

_____

3.   What was the result, if any?

_____

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

_____

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**F.**    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

_____

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

**G.**    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

**A.**   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

      ☐ Yes

      ☑ No

**B.**   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.   Parties to the previous lawsuit

        Plaintiff(s)  _____

        Defendant(s)  _____

    *2.*   Court *(if federal court, name the district; if state court, name the county and State)*

        _____

    3.   Docket or index number

        _____

    4.   Name of Judge assigned to your case

        _____

    5.   Approximate date of filing lawsuit

        _____

    6.   Is the case still pending?

        ☐ Yes

        ☐ No

        If no, give the approximate date of disposition.  _____

    *7.*   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

        _____

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

| | | |
|---|---|---|
| Signature of Plaintiff | *Alissa Evans* | *Daniel Saraeina* |
| Printed Name of Plaintiff | *Alissa Evans* | *Daniel Saraeine* |
| Prison Identification # | | *80847* |
| Prison Address | | *40 Delaware* |
| | | *Buffalo NY* |
| | *City* | *State*   *Zip Code* |

### B.    For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
_____
*City*          *State*      *Zip Code*
Telephone Number _____
E-mail Address _____

Page 10 of 11

[ Print ]    [ Save As... ]    [ Add Attachment ]          [ Reset ]

IN SUPPORT OF ORDER TO SHOW CAUSE FOR
PRELIMINARY INJUNCTION

UNITED STATES DISTRICT COURT
_Western_ DISTRICT OF NEW YORK
_Alissa Evans, Daniel Saracino_ X

against                                    AFFIDAVIT/AFFIRMATION

_Erie County Sheriffs Office Deputies_     _24_ CV _1096_ ( )
_____ X

STATE OF NEW YORK
COUNTY OF _Erie_

_Alissa Evans_ ____, [being duly sworn] deposes and says [or: makes the following affirmation under the penalties of perjury]:

I _Alissa Evans_ ____, as plaintiff in the above-entitled action, respectfully move this court to order defendants to show cause why they should not be enjoined from/to _stop harassment_ _____ until a final disposition on the merits in the above-entitled action.

Unless this order is issued, I will suffer immediate and irreparable injury, loss and damage in that _Deputies have called and intimidated my lawyer and been malicious towards us_ As can be seen from the foregoing, I have no adequate remedy at law.

WHEREFORE, I respectfully request that the Court grant the within relief as well as such other and further relief that may be just and proper.

I declare under penalty of perjury that the foregoing is true and correct.
Dated: _12/3/24_

_alissc Evans_
Alissa Evans